# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 2, 2017

## NO. 03-16-00564-CR

**Luis Sandoval, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
### REFORM/MODIFY -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment and sentence that requires correction. Therefore, the Court modifies the trial court's judgment and sentence to eliminate the specification of "Count I" and to change the "Statute for Offense" to Penal Code 22.02(a). The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.